UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of the search of:

Subject Devices 1-3                      Case No: 1:25-mj-135
_____/

NOTICE OF APPEARANCE

The undersigned counsel enters their appearance for the United States in the above captioned case.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Date: March 7, 2025

_____
Daniel T. McGraw
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404